STATE OF NEW JERSEY v. MARION MURPHY.

March 17, 1980.

Petition for certification denied.

STATE OF NEW JERSEY v. ELMER JOHNSON.

March 17, 1980.

Petition for certification denied.

STATE OF NEW JERSEY v. JOSEPH LOUISA.

March 17, 1980.

Petition for certification denied.